JS 44   (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| The City of New Orleans | Apache Louisiana Minerals LLC, et al. |

| **(b)** County of Residence of First Listed Plaintiff   New Orleans | County of Residence of First Listed Defendant |
|---|---|
| *(EXCEPT IN U.S. PLAINTIFF CASES)* | *(IN U.S. PLAINTIFF CASES ONLY)* |
| | NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |

| **(c)** Attorneys *(Firm Name, Address, and Telephone Number)* | Attorneys *(If Known)* |
|---|---|
| Sunni J. LeBouef, City Attorney, City of New Orleans<br>1300 Perdido Street, Ste 5E03, New Orleans, LA 70112<br>(504) 658-9800 (for the City of New Orleans) | Eric J. Mayer, Alexandra White, Susman Godfrey L.L.P.<br>1000 Louisiana Street, Suite 5100, Houston, Texas 77002-5096<br>(713) 651-9366 (for Defendant Chevron U.S.A. Inc.) |

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*

*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Personal Injury - Medical Malpractice | **PERSONAL INJURY**<br>☐ 365 Personal Injury - Product Liability<br>☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 835 Patent - Abbreviated New Drug Application<br>☐ 840 Trademark | ☐ 375 False Claims Act<br>☐ 376 Qui Tam (31 USC 3729(a))<br>☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Sat TV<br>☐ 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | **LABOR** | **SOCIAL SECURITY** | ☒ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts<br>☐ 893 Environmental Matters<br>☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☐ 440 Other Civil Rights<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 445 Amer. w/Disabilities - Employment<br>☐ 446 Amer. w/Disabilities - Other<br>☐ 448 Education | **Habeas Corpus:**<br>☐ 463 Alien Detainee<br>☐ 510 Motions to Vacate Sentence<br>☐ 530 General<br>☐ 535 Death Penalty<br>**Other:**<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br>☐ 560 Civil Detainee - Conditions of Confinement | ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Management Relations<br>☐ 740 Railway Labor Act<br>☐ 751 Family and Medical Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Employee Retirement Income Security Act | ☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br><br>**FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration<br>☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision<br>☐ 950 Constitutionality of State Statutes |
| | | **IMMIGRATION**<br>☐ 462 Naturalization Application<br>☐ 465 Other Immigration Actions | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1  Original Proceeding
- ☒ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from Another District *(specify)*
- ☐ 6  Multidistrict Litigation - Transfer
- ☐ 8  Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. §§ 1331, 1333, 1367, 1441 and 1442, 43 U.S.C. § 1349

Brief description of cause:
Coastal land loss allegedly caused by oil and gas activities

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*   JUDGE   Please see attachment   DOCKET NUMBER

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| 04/04/2019 | /s/ Alexandra White |

**FOR OFFICE USE ONLY**

| RECEIPT # | AMOUNT | APPLYING IFP | JUDGE | MAG. JUDGE |
|---|---|---|---|---|

Case 2:19-cv-08290-GGG-MBN    Document 1-10    Filed 04/04/19    Page 2 of 5

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)  Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

   **(b)  County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

   **(c)  Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.  Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked**.** (See Section III below**; NOTE: federal question actions take precedence over diversity cases.**)

**III.  Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.  Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.  Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.  Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553  Brief Description: Unauthorized reception of cable service

**VII.  Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.  Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

## NOTICE OF RELATED CASES

**Related prior proceeding:**

*Board of Commissioners of the Southeast Louisiana Flood Protection Authority - East v. Tennessee Gas Pipeline Company, LLC, et al.*, No. 13-5410 (E.D. La.) (Chief Judge Brown)

**Related current proceedings:**

Eastern District of Louisiana

1. *The Parish of Jefferson v. Atlantic Richfield Company, et al.*, No. 2:18-cv-5246 (Judge Feldman);

2. *The Parish of Jefferson v. Chevron U.S.A. Holdings, Inc., et al.*, No. 2:18-cv-5224 (Judge Lemelle);

3. *The Parish of Jefferson v. Destin Operating Company, Inc., et al.*, No. 2:18-cv-5206 (Judge Fallon);

4. *The Parish of Jefferson v. Canlan Oil Company, et al.*, No. 2:18-cv-5252 (Judge Lemelle);

5. *The Parish of Jefferson v. Anadarko E&P Onshore, LLC, et al.*, No. 2:18-cv-5213 (Judge Lemelle);

6. *The Parish of Jefferson v. Exxon Mobil Corporation, et al.*, No. 2:18-cv-5257 (Chief Judge Brown);

7. *The Parish of Jefferson v. Equitable Petroleum Corporation, et al.*, No. 2:18-cv-5242 (Judge Fallon);

8. *The Parish of Plaquemines v. Rozel Operating Company, et al.*, No. 2:18-cv-5189 (Judge Africk);

9. *The Parish of Plaquemines v. ConocoPhillips Company, et al.*, No. 2:18-cv-5230 (Judge Lemelle);

10. *The Parish of Plaquemines v. HHE Energy Company, et al.*, No. 2:18-cv-05263 (Judge Feldman);

11. *The Parish of Plaquemines v. Exchange Oil & Gas Corporation, et al.*, No. 2:18-cv-5215 (Judge Fallon);

12. *The Parish of Plaquemines v. LLOG Exploration & Production Company, et al.*, No. 2:18-cv-05265 (Judge Zainey);

1

6498938v1/014082

13. *The Parish of Plaquemines v. Equitable Petroleum Corporation, et al.*, No. 2:18-cv-5220 (Judge Lemelle);

14. *The Parish of Plaquemines v. June Energy, Inc., et al.*, No. 2:18-cv-5218 (Judge Lemelle);

15. *The Parish of Plaquemines v. Linder Oil Company, A Partnership, et al.*, 2:18-cv-5231 (Judge Morgan);

16. *The Parish of Plaquemines v. Riverwood Production Company, Inc., et al.*, No. 2:18-cv-5217 (Judge Feldman);

17. *The Parish of Plaquemines v. Helis Oil and Gas Company, LLC, et al.*, No. 2:18-cv-05260 (Judge Lemelle);

18. *The Parish of Plaquemines v. BEPCO, L.P., et al.*, No. 2:18-cv-5258 (Chief Judge Brown);

19. *The Parish of Plaquemines v. Northcoast Oil Company, Inc., et al.*, No. 2:18-cv-5228 (Judge Zainey);

20. *The Parish of Plaquemines v. Caskids Operating Company, et al.*, No. 2:18-cv-5262 (Judge Zainey);

21. *The Parish of Plaquemines v. Goodrich Petroleum Company, LLC, et al.*, No. 2:18-cv-5238 (Judge Zainey);

22. *The Parish of Plaquemines v. Devon Energy Company, L.P., et al.*, No. 2:18-cv-5234 (Judge Barbier);

23. *The Parish of Plaquemines v. Palm Energy Offshore, et al.*, No. 2:18-cv-5259 (Judge Fallon);

24. *The Parish of Plaquemines v. Great Southern Oil & Gas Company, et al.*, No. 2:18-cv-5227 (Judge Fallon);

25. *The Parish of Plaquemines v. Hilcorp Energy Company, et al.*, No. 2:18-cv-5210 (Judge Africk);

26. *The Parish of Plaquemines v. Apache Oil Corporation, et al.*, No. 2:18-cv-5240 (Judge Barbier);

27. *The Parish of Plaquemines v. Campbell Energy Corporation, et al.*, No. 2:18-cv-5264 (Judge Feldman);

28. *The Parish of Plaquemines v. Total Petrochemicals & Refining USA, Inc., et al.*, No. 2:18-cv-05256 (Judge Zainey);

29. *The Parish of St. Bernard v. Atlantic Richfield Company, et al.,* No. 2:18-cv-5222 (Judge

2

Barbier);

30.     *Dinvaut et al. v. Cambridge Energy Corp. et al.*, No. 2:18-cv-5462 (Judge Africk);

Western District of Louisiana

1.      *The Parish of Cameron v. BEPCO, L.P., et al.*, No. 2:18-cv-690 (Judge Summerhays);

2.      *The Parish of Cameron v. Brammer Engineering, Inc., et al.*, No. 2:18-cv-679 (Judge Summerhays);

3.      *The Parish of Cameron v. Ballard Exploration Company, Inc., et al.*, No. 2:18-cv-678 (Judge Summerhays);

4.      *The Parish of Cameron v. Burlington Resources Oil & Gas, LP, et al.*, No. 2:18-cv-682 (Judge Summerhays);

5.      *The Parish of Cameron v. BP Production Company, et al.*, No. 2:18-cv-687 (Judge Summerhays);

6.      *The Parish of Cameron v. Atlantic Richfield Company, et al.*, No. 2:18-cv-686 (Judge Summerhays);

7.      *The Parish of Cameron v. Alpine v. Alpine Exploration Companies Inc. et al.*, No. 2:18-cv-00684 (Judge Summerhays);

8.      *The Parish of Cameron v. Anadarko E&P Onshore, LLC, et al.*, No. 2:18-cv-689 (Judge Summerhays);

9.      *The Parish of Cameron v. Apache Corporation, et al.*, No. 2:18-cv-688 (Judge Summerhays);

10.     *The Parish of Cameron v. Bay Coquille, Inc., et al.*, No. 2:18-cv-685 (Judge Summerhays);

11.     *The Parish of Cameron v. Auster Oil and Gas, Inc., et al.*, No. 2:18-cv-677 (Judge Summerhays);

12.     *Keith Stutes, District Attorney for the 15th Judicial District Court of the State of Louisiana v. Gulfport Energy Corporation, et al.*, No. 6:18-cv-691 (Judge Summerhays).

3

6498938v1/014082