**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **THE CITY OF NEW ORLEANS,** | ) | **CIVIL ACTION** |
| **PLAINTIFF** | ) | |
| | ) | **NO. 19-cv-8290** |
| | ) | |
| **VERSUS** | ) | **SECTION "B" (1)** |
| | ) | |
| **APACHE LOUISIANA MINERALS** | ) | |
| **LLC, ET AL,** | ) | |
| **DEFENDANTS** | ) | |

**ENTERGY NEW ORLEANS, LLC'S**
***EX PARTE* MOTION FOR AN EXTENSION OF TIME TO RESPOND**

Defendant Entergy New Orleans, LLC ("ENO"), through undersigned counsel, with a full reservation of rights, defenses, objections, motions, and exceptions, respectfully submits this *ex parte* motion for an extension of twenty-one days, or until May 21, 2019, within which to respond to the Petition.

ENO was served with the Petition on April 9, 2019.  Pursuant to Federal Rule of Civil Procedure 81(c)(2)(A), the deadline for ENO to file responsive pleadings is April 30, 2019, which is twenty-one days after ENO was served with the summons and initial pleading.  Pursuant to Local Rule 7.8, "Upon certification by a moving party that there has been no previous extension of time to plead and that the opposing party has not filed in the record an objection to an extension of time, on ex parte motion and order, the court must allow one extension for a period of 21 days from the time the pleading would otherwise be due."

Pursuant to Local Rule 7.8, undersigned counsel certifies that there has been no previous extension of time to plead and that the Plaintiff has not filed in the record an objection to an extension of time.

1

**WHEREFORE,** Defendant Entergy New Orleans, LLC respectfully requests that the Court grant it a twenty-one (21) day extension, or up to and including May 21, 2019, to respond to the Petition.

Respectfully submitted,

*/s/ Eva J. Dossier*
Richard C. Stanley (La. Bar No. 8487)
Eva J. Dossier (La. Bar No. 35753)
M. Rebecca Cooper (La. Bar No. 37080)
STANLEY, REUTER, ROSS, THORNTON &
   ALFORD, L.L.C.
909 Poydras Street, TeSuite 2500
New Orleans, Louisiana 70112
Telephone: (504) 523-1580

-and-

R. PATRICK VANCE (#13008)
ELIZABETH J. FUTRELL (#05863)
LUCAS H. SELF (#37301)
JONES WALKER LLP
201 St. Charles Avenue, 51st Floor
New Orleans, Louisiana  70170
Telephone: (504) 582-8000
Facsimile:  (504) 589-8260
Email:  pvance@joneswalker.com
Email:  efutrell@joneswalker.com
Email:  lself@joneswalker.com

**ATTORNEYS FOR ENTERGY NEW ORLEANS, LLC**

2

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of April, 2019, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, and I further certify that I mailed the foregoing document by first class U.S. mail to any non-CM/ECF participants.

*/s/ Eva J. Dossier*