UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

### ORDER

Judge Wendy B. Vitter having recused herself in accordance with 28 U.S.C. § 455,

**IT IS ORDERED** that Civil Actions 18-9421, *Knight vs Huntington Ingalls Inc.,* and 19-8290, *City of New Orleans vs Apache,* be **TRANSFERRED BACK** to Section B of this Court.

**IT IS FURTHER ORDERED** that Civil Actions 18-8912, *Martin vs Western Auto Supply Co.,* and 18-4056, *Tucker vs USA,* be transferred from Section B to Judge Wendy B. Vitter, Section "D". This replacement case is transferred for purposes of keeping the transfers to Judge Vitter equally distributed from among the judges of the court

New Orleans, Louisiana, this  11th   day of June 2019.

_____
NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT

**18-9421 Transferred to Section B**
**19-8290 Transferred to Section B**

**18-8912 Transferred to Section D**
**18-4056 Transferred to Section D**