## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **THE CITY OF NEW ORLEANS,** | ) | **CIVIL ACTION** |
| **PLAINTIFF** | ) | |
| | ) | **NO. 19-CV-8290** |
| | ) | |
| **VERSUS** | ) | **SECTION: T** |
| | ) | |
| **APACHE LOUISIANA MINERALS** | ) | **JUDGE:** |
| **LLC, ET AL,** | ) | **GREG GERARD GUIDRY** |
| **DEFENDANTS** | ) | |
| | ) | **MAGISTRATE JUDGE:** |
| | ) | **MICHAEL NORTH** |

## EX PARTE MOTION TO WITHDRAW COUNSEL

**NOW INTO COURT** comes Entergy New Orleans, LLC ("ENO"), which respectfully

moves this Court for an order permitting R. Patrick Vance, Elizabeth J. Futrell, and Lucas H.

Self of Jones Walker LLP to withdraw as counsel of record for ENO.

**WHEREAS** ENO has been notified of this withdrawal and has provided consent;

**WHEREAS** ENO continues to be represented by additional counsel of record; and

**WHEREFORE** ENO prays that this Court grant its motion.

Respectfully submitted,

*/s/  Lucas H. Self*

R. PATRICK VANCE (#13008)
ELIZABETH J. FUTRELL (#05863)
LUCAS H. SELF (#37301)
JONES WALKER LLP
201 St. Charles Avenue, 51st Floor
New Orleans, Louisiana  70170
Telephone: (504) 582-8000
Facsimile:  (504) 589-8260
Email:  pvance@joneswalker.com
Email:  efutrell@joneswalker.com
Email:  lself@joneswalker.com
**ATTORNEYS  FOR  ENTERGY  NEW ORLEANS, LLC**

{N3851110.1}

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of July, 2019, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, and  I further certify that I mailed the foregoing document and the notice of electronic filing by first class U.S. mail to any non-CM/ECF participants.

*/s/_Lucas H. Self_____*