UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE CITY OF NEW ORLEANS | CIVIL ACTION |
| VS. | NO. 19-8290 |
| APACHE LOUISIANA MINERALS, LLC, ET AL | JUDGE: GUIDRY |
| | MAGISTRATE: NORTH |

### PLAINTIFF'S WITNESS AND EXHIBIT LISTS

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, The City of New Orleans ("Plaintiff"), who pursuant to the Court's Scheduling Order hereby provides the following list of witnesses who may give testimony and exhibits that may be used, at the trial of this matter:

### WITNESS LIST

1. Bianchi Hughes (Community Engagement Manager, City of New Orleans Homeland Security);
2. Richard Chatman (Deputy Director, City of New Orleans Homeland Security);
3. Jerome Landry (Floodplain Manager, Safety and Permits);
4. Jennifer Avegno (Health Department);
5. Austin Feldbaum (Hazard Mitigation Director, Office of Hazard Mitigation);
6. Collin Arnold (Director, City of New Orleans Homeland Security);
7. Greg Nichols (Deputy Chief Resilience Officer, Resilience and Sustainability);
8. Jay DuFour (Chief Building Official, Safety and Permits);
9. Tammie Jackson (Director, Safety and Permits);
10. T. Mitchell Andrus, Ph.D., P.E.;
11. William K. Rhinehart;

12. John A. Lopez, Ph.D.;

13. Any witnesses identified on Defendants' witness lists;

14. Any person designated by Defendants to testify as a Federal Rule of Civil Procedure 30(b)(6) corporate representative;

15. All persons and entities, including expert witnesses, deposed in this lawsuit;

16. Any witnesses necessary to provide impeachment or rebuttal testimony as needed; and

17. Any and all witnesses needed to authenticate documents or exhibits.

## **EXHIBIT LIST**

1. Coastal Use Permit documents related to CUP Nos. P19811008, P19820182 and P19951135.

2. Documents produced by Gulf South regarding the Index 3554-1 pipeline.

3. Documents produced by Chevron related to the Chevron Rigolets #1 well, SN 167517.

4. Any document produced during discovery to which Plaintiff has not objected.

5. Any documents relied upon by the expert witnesses in this matter to which Plaintiff has not objected.

6. Any documents used at any deposition taken, or to be taken, to which Plaintiff has not objected.

7. Any document needed for impeachment or rebuttal purposes.

Plaintiff reserves the right to amend or supplement these lists and reserves the right to object to the admissibility of any witness testimony or any exhibit pending Court rulings or on any other basis.

Respectfully submitted,

*/s/ Kevin E. Huddell*
Donesia D. Turner (# 23338)
**City Attorney**
**City of New Orleans**
1300 Perdido Street, Suite 5E03
New Orleans, Louisiana 70112
Telephone: (504) 658-9800
Facsimile: (504) 658-9868

Gladstone N. Jones, III (# 22221)
Kevin E. Huddell (# 26930)
Thomas F. Dixon (# 38952)
**Jones Swanson Huddell LLC**
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130
Telephone: (504) 523-2500
Facsimile: (504) 523-2508

Bernard E. Boudreaux, Jr. (# 02219)
John T. Arnold (# 31601)
**Jones Swanson Huddell LLC**
One American Place
301 Main Street, Suite 1920
Baton Rouge, Louisiana 70801
Telephone: (225) 810-3165
Facsimile: (225) 810-3169

James M. Garner (# 19589)
Joshua S. Force (# 21975)
Thomas J. Madigan, II (# 28132)
Brandon Keay (# 36528)
**Sher Garner Cahill Richter Klein & Hilbert, L.L.C.**
909 Poydras Street, 28th Floor
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300

Don A. Rouzan (# 28829)
Dana J. Henry (# 26654)
**Don A. Rouzan & Associates, LLC**
6600 Plaza Drive, Suite 200
New Orleans, Louisiana 70127
Telephone: (504) 821-6605
Facsimile: (504) 821-6683

— and —

J. Michael Veron (# 7570)
Turner D. Brumby (# 33519)
Peyton Pawlicki (# 37826)
**Veron, Bice, Palermo & Wilson, L.L.C.**
721 Kirby St. (70601)
P.O. Box 2125
Lake Charles, Louisiana 70602
Telephone: (337) 310-1600
Facsimile: (337) 310-1601

*Attorneys for Plaintiff*
*THE CITY OF NEW ORLEANS*

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by electronic mail and/or regular mail.

*/s/ Kevin E. Huddell*
Kevin E. Huddell